IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID PETRISOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:25-cv-1024 |
| | ) | |
| GEORGE W. BUSH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

This matter is before the Court on the United States Magistrate Judge's Recommendation ("Recommendation") to dismiss the case under Federal Rule of Civil Procedure 4(m) for failure to effect service within 90 days, unless Mr. Petrisor provided either proof that service was made by February 8, 2026, or provided good cause for failure to have timely served. The United States Magistrate Judge filed the Recommendation on March 2, 2026. *See* Dkt. 3. Mr. Petrisor's response was due by March 19, 2026, and no response was filed. *See id.* Furthermore, no objections to the Recommendation were filed within the requisite time limits. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

Therefore, the Court need not make a *de novo* determination, *see* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3), and "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72

advisory committee's note to 1983 amendment). After due consideration, the Recommendation is hereby adopted in full.

**IT IS THEREFORE ORDERED** that the Recommendation, Dkt. 3, is **ADOPTED**. **IT IS FURTHER ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** under Rule 4(m) for failure to effect service within 90 days.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 20th day of August, 2026.

LINDSEY A. FREEMAN
UNITED STATES DISTRICT JUDGE