IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID PETRISOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:25-cv-1024 |
| | ) | |
| GEORGE W. BUSH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

For the reasons set forth in the Order filed contemporaneously with this Judgment, **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**.

This the 20th day of August, 2026.

LINDSEY A. FREEMAN
UNITED STATES DISTRICT JUDGE